IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VALERIE GUZMAN                                                          PLAINTIFF

v.                      CIVIL NO. 2:19-cv-2118-MEF

ANDREW M. SAUL, Acting
Commissioner, Social Security Administration                    DEFENDANT

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Valerie Guzman, brought this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of Social Security Administration (the "Commissioner"). (ECF No. 2). On March 31, 2020, Plaintiff filed a Motion to Dismiss, indicating she no longer wishes to prosecute her suit and requesting that her Complaint be dismissed. (ECF No. 14).

Accordingly, the undersigned recommends that Plaintiff's Motion to Dismiss be granted, and her case be dismissed without prejudice.

**The parties have fourteen (14) days from receipt of our report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. We remind the parties that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 1st day of April 2020.

                                                      /s/ Mark E. Ford
                                                      HONORABLE MARK E. FORD
                                                      UNITED STATES MAGISTRATE JUDGE