UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VALERIE GUZMAN                                                 PLAINTIFF

v.                         No. 2:19-cv-02118

ANDREW M. SAUL, Acting
Commissioner, Social Security Administration                 DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 15) from United States Magistrate Judge Mark E. Ford. The Magistrate recommends that the Court grant Plaintiff's motion (Doc. 14) to voluntarily dismiss her case without prejudice because she no longer wishes to prosecute her suit. The deadline to object to the Magistrate's report has not yet passed, but because Plaintiff has voluntarily elected to dismiss her complaint objections are unnecessary. Upon due consideration, the Court finds that the Magistrate's report and recommendations (Doc. 15) contains no clear error, and that it should be, and hereby is, ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Petitioner's motion to dismiss (Doc. 14) is GRANTED and her case is DISMISSED WITHOUT PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 1st day of April, 2020.

                                                        /s/ P. K. Holmes, III
                                                        P.K. HOLMES, III
                                                        U.S. DISTRICT JUDGE