UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

VALERIE GUZMAN                                                                                  PETITIONER

v.                                         No. 2:19-cv-02118

ANDREW M. SAUL, Acting
Commissioner, Social Security Administration                                       RESPONDENT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's compliant is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 1st day of April, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE